IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHTERN DIVISION

NO.: 7:09-CR-54-H
NO.: 7:12-CV-16-H

MONTROSE BENNETT,

    Petitioner,

v.      **ORDER**

UNITED STATES OF AMERICA,

    Respondent.

This matter is before the court on petitioner's motion for Certificate of Appealability [DE #305] and Motion to Appoint Counsel [DE #306]. Finding no basis for such relief, the court denies the motions.

This 20th day of August 2014.

                                Malcolm J. Howard
                                Senior United States District Judge

At Greenville, NC
#26